UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LEUMAL FRED HENTZ,

    Plaintiff,

v.

SNAKE RIVER CORRECTIONAL
INSTITUTION, et al.,

    Defendants.
_____

Case No. 2:19-cv-01651-MC

OPINION AND ORDER

MCSHANE, District Judge:

    Plaintiff, an inmate at the Snake River Correctional Institution (SRCI), filed this action pursuant to 42 U.S.C. § 1983 and alleged various violations of his federal constitutional rights. Defendants move for dismissal of plaintiff's Fifth Cause of Action against SRCI on grounds of Eleventh Amendment immunity. The motion is GRANTED.

    Under § 1983, plaintiff can sue only "persons," and SRCI is not a person. Moreover, SRCI is an arm of the State, and it is immune from suit under § 1983 in federal court. *See Will v. Mich. Dep't of State Police*, 491 U.S. 58, 66 (1989); *Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 97-100 (1984). In response to defendants' motion, plaintiff invokes the

1    - OPINION AND ORDER

Americans With Disabilities Act and the Rehabilitation Act. However, plaintiff does not assert claims against SRCI under either Act, and his allegations do not support claims for disability discrimination. *See* Compl. at 37-38 (ECF No. 2).

## CONCLUSION

Defendants' Partial Motion to Dismiss (ECF No. 8) is GRANTED, and plaintiff's Fifth Cause of Action against SRCI is DISMISSED.

IT IS SO ORDERED.

DATED this 29th day of April, 2020.

s/ Michael J. McShane<br>
Michael J. McShane<br>
United States District Judge

2  - OPINION AND ORDER